■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS LOPEZ, Appellant. [771 NYS2d 680]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered March 31, 2003, convicting him of rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Ritter, J.P., S. Miller, Townes, Crane and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER C. McDANIEL, Also Known as COREY McDANIEL, Appellant. [771 NYS2d 679]—Application by the respondent for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 3, 2002, 2003 (*People v McDaniel,* 295 AD2d 371 [2002]), affirming a judgment of the County Court, Dutchess County, rendered May 15, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Altman, J.P., Schmidt, Townes and Cozier, JJ., concur.